IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01162-AP

OSCAR SANTOS ORTEGA,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff**:

Richard K. Blundell, Esq.
801-11th Avenue
Greeley, CO 80631
970-356-8900
mrrkblaw@cs.com

**For Defendant:**

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant United States Attorney

By:    Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed: <u>6/16/06.</u>
    B.  Date Complaint Was Served on U.S. Attorney's Office: <u>6/21/06.</u>
    C.  Date Answer and Administrative Record Were Filed: <u>8/21/06.</u>

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>The parties, to the best of their knowledge, state that the administrative record is complete and accurate.</u>

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>Neither party intends to submit additional evidence.</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.</u>

**7. OTHER MATTERS**

<u>The parties have no other matters to bring to the attention of the court.</u>

**8. PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

    A.    Plaintiff's Opening Brief Due:    <u>November 6, 2006.</u>
    B.    Defendant's Response Brief Due:    <u>December 6, 2006.</u>
    C.    Plaintiff's Reply Brief (If Any) Due:    <u>December 21, 2006.</u>

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

  A. Plaintiff's Statement:
    Plaintiff requests oral argument.

  B. Defendant's Statement:
    Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  A. ()  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
  B. (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

  DATED this 11th day of September, 2006.

              BY THE COURT:


              S/John L. Kane
              U.S. DISTRICT COURT JUDGE

**APPROVED:**

<u>**For Plaintiff**</u>**:**          <u>**For Defendant**</u>**:**

    <u>**s/Richard K. Blundell 9/11/06**</u>    TROY A. EID
    Richard K. Blundell, Esq.    United States Attorney
    801-11th Avenue
    Greeley, CO 80631    KURT J. BOHN
    970-356-8900    Assistant United States Attorney
    mrrkblaw@cs.com    1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        (303) 454-0100
        (303) 454-0404 (facsimile)
        kurt.bohn@usdoj.gov

        <u>**s/Debra J. Meachum 9/11/06**</u>
By:  Debra J. Meachum
        Special Assistant
          United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1570
        (303) 844-0770 (facsimile)
        debra.meachum@ssa.gov